Julius Zweig, Appellant, v. L. A. Goldreich, Appellee.

Gen. No. 43,295.

Heard in the third division, first district, this court at the December term, 1944; opinion filed February 14, 1945; released for publication March 5, 1945. Rubenstein & Becker, for appellant; Brown & West, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.